IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IOAN JOHN VASILIU, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-551-C |
| | ) | |
| ERIC HOLDER, IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) | |
| | ) | |
| Respondent. | ) | |

ORDER OF DISMISSAL

This action seeking habeas corpus relief pursuant to 28 U.S.C. § 2241, brought by an immigration detainee proceeding pro se, was referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on August 15, 2011, recommending dismissal. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.* Therefore, the Court adopts the Report and Recommendation in its entirety.

---

*Although the Report and Recommendation mailed to Petitioner was returned as undeliverable, no other address has been provided by him as required by LCvR 5.4: "Papers sent by the Court will be deemed delivered if mailed to the last known address given to the Court."

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and this case is dismissed.

IT IS SO ORDERED this 21st day of September, 2011.

_____
ROBIN J. CAUTHRON
United States District Judge